# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/27/2005  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MAG NO. 05-0443LEK |
| CASE NAME: | USA vs. (01) FERMIN MORAN FLORES<br>USA vs. (02) GRISZELDA PEREZ MEDINA<br>USA vs. (03) ROBERT KUI FON LEE |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | (01) Lynn E. Panagakos<br>(02) Jerry I. Wilson<br>(03) Harlan Y., Kimura |
| INTERPRETER: | (01) MIGUEL SAIBENE<br>(02) LUZ VEGA |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 5/27/2005 | TIME: | 1:41-1:49 |

COURT ACTION:  EP: Detention Hearing - Defendants (01) Fermin Moran Flores, (02) Griszelda Perez Medina and (03) Robert Kui Fon Lee, all present in custody.

Interpreters for Defendant (01) Miguel Saibene and for Defendant (02) Luz Vega, previously sworn present.

Detention Hearing as to Defendant (01) Fermin Moran Flores - No objections to the USPTS Report.  Parties submit. Motion to Detain Granted.  Govt to prepare Order.

Detention Hearing as to Defendant (02) Griszelda Perez Medina - No objections to the USPTS Report.  Parties submit. Motion to Detain Granted.  Govt to prepare Order.

Detention Hearing as to Defendant (03) Robert Kui Fon Lee - Arguments heard. Motion to Detain Granted.  Govt to prepare Order.

Defendants (01) Fermin Moran Flores, (02) Griszelda Perez Medina and (03) Robert Kui Fon Lee are remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager

