ORIGINAL

JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
Telephone: 531-5517

Attorney for Defendant
FERMIN MORAN FLORES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2006

at __11__ o'clock and __45__ min. __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00220JMS-01 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANT FERMIN MORAN FLORES' SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| | ) | |
| FERMIN MORAN FLORES, | ) | Date: February 6, 2006. |
| | ) | Time: 2:15 P.M. |
| Defendant. | ) | Judge: J. MICHAEL SEABRIGHT |
| | ) | |

## DEFENDANT FERMIN MORAN FLORES' SENTENCING STATEMENT

After review of the draft presentence report, DEFENDANT FERMIN MORAN FLORES, by and through his counsel, files the following statement in response said draft presentence report proposed by United States Probation Officer Malia Eversole.

As to the report in general, Mr. Flores believes it fairly and accurately represents the various matters addressed and accordingly has no objection to same.

However, as to the discussion regarding "Personal and Family Data" under Part C. Offender Characteristics, Mr. Flores indicates that the correct spelling of where he was raised is

Tuxpan, La Loma (see paragraph 42) and that he married Rosa Isela Calvillo-Beltran in Ruiz, Nayarit, Mexico (see paragraph 43).

Mr. Flores respectfully asks the Government to file a Motion For Downward Departure pursuant to the Memorandum of Plea Agreement and because of his cooperation in the investigation and arrest of a particular codefendant in a related case.

Mr. Flores regrets his misconduct.

Finally, Mr. Flores asks the Court to consider the letters of support from his family which are attached along with translations by Mr. Miguel Saibeni.

DATED: Honolulu, Hawaii, January 6, 2006.

_____
JEFFREY T. ARAKAKI
Attorney for FERMIN MORAN FLORES

tepic nayarit méxico.
Oct. 12 2005.

Honorable Sr. juez:

mi hijo es buen hombre, es trabajador me apoya mucho en el campo ya que ~~somos~~ campesinos es mi brazo derecho y nunca había andado en estos tipos de problema, yo quiero decirle que mi hijo me hace mucha falta es buen hijo siempre me ha ayudado en el campo es honrrador trabajador, buen hijo y arrepentido ya que nunca había estado en estos tipos de problemas. ¡gracias y que dios lo bendiga! le encargo mucho el caso de mi hijo. nuevamente que dios lo bendiga honorable Sr.

juez. y no olvide a mi hijo
Fermín Morán Flores. atentamente
Sra. Hermelinda Flores L.

Tepic, Nayarit, Mexico
October 12, 2005

Honorable Judge:

My son is a good man, hard-working person who helps me very much with the farm. We are farmers, he is my right arm and he has never been involved in this kind of problems.

I would like to tell you that I need my son very much; he is a good son who has always helped me with the farm, a hard- working person and a good son.

He is very sorry because he has never been involved in this kind of problems.

Thank you, and may God Bless you.

Please take good care of my son's case.

Once again, may God Bless you Honorable Judge.

Please don't forget my son Fermin Moran Flores.

Sincerely,

Mrs. Hermelinda Flores G.

Tepic, 12-Octubre-2005
Nay.



Honorable Sr. Juez.

Le envío esta carta, en la cual me atrevo a pedirle clemencia en el proceso de mi hermano, Fermín Morán Flores, el cual es un hermano de 7 que vivimos es el más chico de los hombres, es el que mas nos identificamos ya que él siempre es alegre, vacilador, trabajador, también es casado y tiene 3 hijos, así como un nieto, nunca el ha tenido acá en México problemas con la justicia, el y todos mis hermanos siempre se han dedicado al campo, de toda una vida, trabajo que mi mamá les enseño al quedar ella viuda, mi mamá además de todos nosotros es la que mas sufre por el ya que ella esta enferma de depresión nada mas de pensar que a lo mejor ya no lo verá más ya que el se encuentra tan lejos en ese lugar, en el cual ni idea tenemos que tan lejos este.

al Igual que sus hijos y su esposa, Sr. Juez. yo se que a lo mejor usted ni crea lo que nosotros decimos pero es la Verdad él nunca habia andado en esos problemas, pero a lo mejor, la desesperación de que en el campo y las cosechas les habia ido mal, y no penso en las Consecuencias, Solo en darles de comer a su familia, a veces tambien Influyen las amistades, que no les Importan la honestidad de las Personas y les cuentan que a lo mejor no les Pasara nada; pero ya ve. El no es malo, Siempre mi mamá nos enseño buenos principios, de moral y conducta; Pero Somos Humanos y es de humanos equivocarnos, Pero es de Sabios rectificar. Ya ve lo que dice dios que todos sómos como ovejas descarriadas. Y a la vez támbien dice una frase muy Cierta (que el que este libre de una culpa que lance la Primera piedra). De esta manera Honorable Juez le pido Clemencia Para mi hermano, y a su vez piense que como usted, tambien tiene una madre que lo extraña y diario pide a dios por el. Para Volverlo a tener

(2)

aquí y abrazarlo y volver a estar todos Jontos ya que nunca habiamos estado Separados, ninguno.

Bueno Honorable Sr. Juez
Se despide de Ud. la hermana Menor de Fermín Morán Flores,

Gabriela Morán Flores.


Pdo. Le Soplicamos Clemencia Sr. Juez.
él esta arrepentido, de Corazón. Y lo quisieramos tener Aqui.

Tepic, Nayarit, October 12, 2005

Honorable Judge:

I am sending you this letter with the purpose of asking you for leniency in the case of my brother Fermin Moran Flores. He is my brother, 7 of us are alive. He is the youngest of the men; he is the one we all recognize as a happy, joker, hard-working person.

He is married with 3 children and a grandson.

He has never had problems, here in Mexico, not only him but also all of his brothers.

They have always been farmers for all their lives.

My mother, once she became a widow, taught them about farming.

She is the one who suffers most because she becomes very depressed when she thinks that she might not be able to see him again. Besides, he is so far away, in a place that I don't know exactly where it is.

His wife and his children feel the same.

Honorable Judge, I know that maybe you will think that what I am saying is not true, but the truth is that he has never been involved with these problems.

Maybe he became desperate because of what happened with the farm, the crops have been bad, and he didn't think about the consequences, he was only trying to get food for his family.

Sometimes friends have influence, people who don't care about honesty and they tell you that nothing will happen, but look . . . . . .

He is not bad. My mother always taught us good principles, concerning morale and behavior. But we are human, and it is human to make mistakes; but it is wise to rectify. God says that we are all like lost sheep and at the same time He says something that it's quite true: he who is free of guilt may through the first stone.

I ask you Honorable Judge for leniency for my brother and maybe you also have a mother who misses you and pray to God for you.

We would like to be able to have him back here, be able to hug him, and be able to be all

together because we have never been separated before.

Well, Honorable Judge, I am Fermin Moran Flores' younger sister.

Sincerely,

Gabriela Moran Flores

PD. we beg you to be lenient Honorable Judge, he is really sorry and we would like to have him here with us.

**C. JUEZ**
**P R E S E N T E**

Por medio de este conducto me dirijo a Usted de la manera mas atenta, en espera de que usted y su familia se encuentre bien. El motivo de mi carta es el siguiente:

Me llamo **karla yuridi Moran**, tengo 20 años, soy madre soltera, trabajo como secretaria en un Firma de Abogados con los C. Licenciados Mario Alberto Delgadillo Topete, Salvador Delgadillo Topete, Fernando Delgadillo Topete, Emigdio Frankez, y Jaime Cuatli Ramírez.

Como anteriormente leyó en mi escrito el motivo de esta carta es por que mi padre, **FERMIN MORAN FLORES**, se encuentra recluido en la Prisión Estatal de Honolulu, Hawai, por el delito de daños contra la salud, se que en su país este delito es muy perseguido y muy penado, pero quisiera por medio de este conducto pedir **clemencia** por mi padre, se que le pueden dar una sentencia fuerte, pero quisiera exponer los motivos por los cuales mi padre cometió este delito, hace tiempo mi padre se desempeña como agricultor, el la siembra de Fríjol, como usted ha de saber en mi país, la agricultura no esta muy bien remunerada, si a eso le sumamos, la inclemencias del tiempo y el mal pago por este tipo de cosechas pues no nos ha ido muy bien, desgraciadamente hace tres cosechas que no nos va muy bien, el dinero se agotaba, y de pronto nos vimos metidos en una situación económica muy mala, quisiera que entendiera a mi padre, por que supongo que Usted también es padre, y creo que por los hijos uno como padres lo da todo y es capaz de todo, lo se por que yo soy madre de un pequeñito de un año tres meses y se que por que es muy pequeño sus exigencias son muy pocas en estos momentos pero se que conforme valla creciendo irán cambiando su exigencias soy la mayor de tres hijos, espero y entienda la situación de mi padre, se que no fue la salida mas correcta, pero lo hizo por nosotros, y pues tenemos la esperanza de poder verlo muy pronto, por que lo extrañamos mucho, cometió un crimen, y lo entendemos, pero tenemos la esperanza de que usted pudiera darle una segunda oportunidad de hacer las cosas bien, dejándole una sentencia mínima, le garantizo que mi padre entendió la lección y jamás en su vida volverá a comer este u otros delitos, en mi estado que es Nayarit, México, pues no cuenta con ningún antecedente penal, toda su vida ha sido un hombre hecho y derecho, pero pues como ya le expuse la situación en la que nos encontrábamos, pues el vio una salida rápida para este tipo de problemas.

Además le garantizo de que no ira a su país, y no tendrá mas queja alguna de el, lo extrañamos mucho, y espero en Dios que se que esta con mi familia y con la de Usted. Pues que el pueda regresar muy pronto.

Servidora. Sin mas por el momento se despide de Usted, una Humilde

ATENTAMENTE
Tepic, Nayarit: 04 de octubre de 2005

KARLA YURIDIA MORAN

CITIZEN JUDGE
PRESENT

By means of this letter I address you in the most respectful way, hoping that you and your family will be alright. The reason for my letter is the following:

My name is Karla Yuridi Moran, I am 20 years old, and I am a single mother. I work as a secretary at a law firm, with the citizens licentiates Mario Alberto Delgadillo Topete, Salvador Delgadillo Topete, Fernando Delgadillo Topete. Emigdio Frankez and Jaime Cuatli Ramirez.

As I mentioned above, the reason of this letter is because my father **FERMIN MORAN FLORES** is in jail at the State prison of Honolulu, Hawaii, for the crime of harm against health. I know that in your country this crime is prosecuted and punished severely. I would like, by means of this letter to ask for **leniency for my father**. I know that for this crime he can get a severe sentence, but I would like to tell you about the motives for which my father committed this crime. My father has been working as a farmer for a long time, planting beans. As you must know, in my country farming is not remunerative enough and if you add the weather problems and the bad crops, unfortunately the last three crops have been bad ….. We soon became short of money and we became involved in a very bad economic situation. I would like you to understand my father, because I suppose you are also a father, and I think that a father tries to give everything to his children and is capable of doing anything for his family. I know that because I am a mother of a small baby, a year and three months old and I know because he is very young his demands are very few but I know that as soon as he starts growing his demands will be different. I am the oldest of 3 children and I hope that you will understand my father's situation. I know that what he did was not the correct thing to do, but he did it for us. We hope to see him soon because we miss him very much; he committed a crime and we understand that, but we are hoping that you can give him a second chance by means of a minimum sentence. I assure you that my father understood this lesson and never in his life he will commit this or other crime. In my state, Nayarit, Mexico, he has no criminal records, all his life he has been an honest man, but as I told you before, because of the situation in which we were involved, he thought he had found a quick solution for this kind of problems.

Besides I can assure you that he will not go back to your country and you will not hear any complaints about him. We miss him very much and I hope God will help us, because He is with our family and with your family. I hope that he will be able to come back very soon.

Sincerely,
Your humble servant
Yours truly
Tepic, Nayarit, October 4, 2005
Carla Yuridi Moran

HONORABLE SEÑOR JUEZ:

Mi Nombre es Saïri Lizbeth, tengo 21 años y recién acabo de terminar mis estudios universitarios, le escribo desde Tepic Nayarit, México. Un lugar hermoso junto al Océano Pacifico, es un Estado pequeño pero un buen lugar para vivir.

Se que debe de imaginarse a que se debe mi carta, un miembro de mi familia necesita su ayuda, se que usted es la autoridad responsable de su caso es por eso que le escribo porque mi tío Fermín Morán depende de su honorable desición para poder o no regresar a casa con nosotros, se que cometió una equivocación pero también se que esta arrepentido, el es un buen hombre, toda su vida a sido campesino, como su padre su abuelo y sus hermanos, además de velador en la Universidad Autónoma de Nayarit, pero cometió un error y lo sabe, yo le aseguro que el esta dispuesto a cambiar pero necesita una oportunidad para demostrarlo y usted puede darsela.

Nuestro país, señor Juez, esta undido en la miseria y en la pobreza, es un México con hambre y necesidad; un Nayarit que llora; donde nosotros vivimos no hay muchas oportunidades de progresar, y a veces la desesperación hace presas a las personas.

como a mi tio, que su necesidad y desesperación lo llevó a tomar una mala desición, se que no es justificación, pero también es digno de tomarse en cuenta, así que apelo a su sentido humano y a su respetable juicio, para que cuando el este frente a usted vea mas allá de lo que se le imputa y logre ver al hombre arrepentido, al ser humano que pide una oportunidad, al México con hambre, al Nayarit que llora y a una familia que reza porque vuelva a su casa sano y salvo. lo extrañamos lo extraño, el me enseñó muchas cosas buenas con las que he vivido todos estos años que tengo de vida, solo queremos que regrese, que le permitan volver a su tierra con la gente que lo quiere, con nosotros, con su familia.

MUCHAS GRACIAS POR SU ATENCIÓN

Se despide de usted una Sobrina desesperada

SAIRI LIZBETH SERRANO MORAN

Honorable Judge:

My name is Sairi Lizbeth. I am 21 years old and I have just finished college. I am writing you from Tepic, Nayarit, Mexico, a beautiful place, next to the Pacific Ocean, a small State but a nice place to live.

I think you must know why I am writing to you. A member of my family needs your help, and I know that you are the responsible authority in his case and for that reason I am writing to you because my uncle Fermin Moran Flores depends on how you decide in order for him to be able to come home to us.

I know he made a mistake, but he is very sorry.

He is a good man who has been a farmer all his life as his father, as his grandfather and his brothers. He has also been a security guard at the Universidad Autonoma de Nayarit, but he made a mistake and he knows it. I assure you that he is prepared to change but he needs an opportunity to show the community how he feels, and you can give him a chance.

Our country, your Honor, is sunk in misery and poverty, it is a Mexico of hunger and need; a Nayarit that cries. Where we live there are not many opportunities for success and sometimes despair affects people like my uncle. Because of his needs and his despair he made a wrong decision. I know that this does not justify it, but it must be taken into account.

For that reason I appeal to your feelings as a human being and to your respectful judgment, so that when you are in front of him you may be able to see further than what he is accused of and you might be able to see a man who is regretful, the human being who asks for an opportunity to go back to a Mexico with hunger, to a Nayarit that cries and to his family who prays asking that he may come back safe and healthy.

We miss him, I miss him, and he taught me a lot of good things that I have kept for all these years.

We want him to come back to his country; to the people he loves, to all of us, his family.

THANK YOU VERY MUCH FOR YOUR ATTENTION TO THIS LETTER.

A desperate niece bids you farewell
Sairi Lizbeth Serrano Moran

Tepic, Nayt. México.
12 de Octubre 2005.

Honorable Sr. Juez:

Quiero decirle que mi hermano es un buen muchacho, es trabajador, responsable; sabe ser buen hijo, buen hermano, buen amigo; pertenecemos a una familia tranquila, no problemáticos y de campesinos aunque últimamente el clima y los uracanes han afectado bastante mal al campo, a los campesinos y las cosechas, motivos que afectaron económicamente y moralmente a la familia y que puede ser que mi hermano en un momento de desesperación decidió entrar en ese tipo de negocio o trabajo pensando que iba a mejorar o que tal vez ahí le iba a ir mejor. Pero él ya recapacitó y le ha prometido portarse bien a mi mamá también le ha pedido perdón y mil veces perdón a mi mamá porque esta muy arrepentido de haber entrado en ese tipo de negocio.

Por último quiero decirle honorable

Señor juez que mi hermano tiene mas actos buenos en esta vida que malos. Pues el tiene un "DON" especial que a donde quiera que el vaya se adapta facilmente y logra hacer amigos rapidamente.

Que mas puedo decirle que es mi buen hermano, lo quiero y extraño mucho. Y queremos verlo pronto con nosotros. Por su atencion mil gracias! ~~Honorable~~ Señor juez. Y que Dios los bendiga a usted, a su familia y a todas las demas personas.

Se despide de usted la hermana de Fermin Moran Flores; María Guadalupe Morán Flores.

Tepic, Nayarit, Mexico
October 12, 2005

Honorable Judge:

I would like to tell you that my brother is a good young man, responsible worker, he knows how to be a good son, a good brother and a good friend.

We belong to a peaceful farmer's family, with no problems, although lately the weather and the hurricanes have badly affected the farm, the farmers and the crops. These are the facts that have affected my family morally and financially.

Maybe my brother, in a moment of despair, decided to get involved in this type of business or job, thinking that he would be able to do something that would help him in this situation. Now he has realized what he has done and has promised my mother to behave properly. He has asked my mother for forgiveness a thousand times and he very much regrets what he has done by getting involved in that kind of business.

Finally I would like you, Honorable Judge, to know that during all his life he has committed more good things than bad things. He has a special way with people and wherever he goes he adapts himself to the place and makes friends easily.

What else can I tell you, I love and miss my brother very much.

We want to see him here with us as soon as possible.

A thousand thanks for your attention, Honorable Judge, may God bless you and your family and everybody else there.

I am Fermin Moran Flores, sister, Maria Guadalupe Moran Flores, and I remain sincerely.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly hand delivered to the following:

MARK A. INCIONG, ESQ.
Assistant United States Attorney
Rm. 6-100, 300 Ala Moana Blvd.
Honolulu, HI 96850

MALIA EVERSOLE
U.S. Probation Officer
U.S. Courthouse, Room C-110
300 Ala Moana Blvd.
Honolulu, Hawaii

DATED: Honolulu, Hawaii, JANUARY 9, 2006.

_____
JEFFREY ARAKAKI