# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CRIMINAL 05-00220JMS-01

CASE NAME: United States of America vs. Fermin Moran Flores

ATTYS FOR PLA: Mark A. Inciong

ATTYS FOR DEFT: Jeffrey T. Arakaki

INTERPRETER: Miguel Saibene

U.S.P.O.: Malia Eversole

JUDGE: J. Michael Seabright        REPORTER: Sharon Ross

DATE: 2/6/2006        TIME: 2:35 - 2:55

COURT ACTION: Sentencing to Count 1 of the Indictment:

Defendant present in custody with counsel Jeffrey T. Arakaki.

Memorandum of Plea Agreement accepted.

Governments Motion for Downward Departure - GRANTED.

Allocution by defendant.

Imprisonment 56 months.  Supervised Release 4 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

Pag 2
Criminal 05-00220JMS-01
U.S.A. vs. Fermin Moran Flores
February 6, 2006

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month. If the defendant test positive for the use of a controlled substance, he shall be subject to up to 15 valid drug test during the terms of supervision.

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

No fine imposed.

Special Monetary Assessment $100.

RECOMMENDATION: Lompoc or Terminal Island.

That the defendant participate in educational and vocational training programs.

Governments Oral Motion to Dismiss Count 2 GRANTED.

MITTIMUS:   Forthwith.

Submitted by:   Dottie Miwa, Courtroom Manager